UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-20452-UNGARO

UNITED STATES OF AMERICA,

vs.

HECTOR J. GARCIA,

      **Defendant.**

_____/

## AGREED FACTUAL BASIS FOR GUILTY PLEA

Beginning in or around at least March of 2010 and continuing until in or around at least December of 2012, the defendant, HECTOR J. GARCIA ("GARCIA" or the "defendant") knowingly and willfully conspired and agreed with the owners and operators of multiple Miami area home health therapy staffing companies and others to commit health care fraud and wire fraud, in violation of Title 18, United States Code, Section 1349. Also beginning in or around at least March of 2010 and continuing until in or around at least December of 2012, GARCIA knowingly and willfully conspired and agreed with the owners and operators of multiple Miami area home health therapy staffing companies and others to make false statements relating to health care matters, in violation of Title 18, United States Code, Section 371. Further, on the dates and times specified below, GARCIA knowingly and willfully made materially false, fictitious, and fraudulent statements and representations in connection with the delivery of and payment for health care benefits:

| Count | Medicare Beneficiary | Purported Service Date | Purported Service Time | Description |
|---|---|---|---|---|
| 4 | C.T. | 10/10/2012 | 5:15-6:00 PM | Physical Therapy Visit |

1

in violation of Title 18, United States Code, Section 1035(a)(2).

GARCIA was a licensed physical therapy assistant in the State of Florida. Beginning in or around at least March of 2010 and continuing until at least in or around December of 2012, GARCIA agreed with the owners and operators of multiple Miami area home health therapy staffing companies, including Ayamey Group, Corp. ("Ayamey"), Olorun Staffing CTR, Inc. ("Olorun"), and Royal Care Therapy Services, Inc. ("Royal Care"), to sign medical records falsely certifying that GARCIA rendered home health physical therapy treatment to Medicare beneficiaries, when in fact he had not rendered any services at all. For example, on or about October 10, 2012, GARCIA falsely certified that he rendered home health physical therapy treatment to Medicare Beneficiary C.T. when in fact he did not provide any such service. In exchange for each false certification of treatment, GARCIA was paid by the owners and operators of Olorun, Ayamey, and Royal Care. The staffing companies would then provide GARCIA's false certifications to various home health agencies, including Acclaim Home HealthCare, Inc. ("Acclaim"), Maya Home Health Care, Corp. ("Maya"), and Heartbeat Home Health Agency, Inc. ("Heartbeat"), so that the home health agencies could submit false and fraudulent claims to the Medicare program for home health physical therapy services that were never provided to Medicare beneficiaries. GARCIA knew that his falsified certifications would be used by the home health agencies as a basis to submit false claims to the Medicare program.

As a result of GARCIA's participation in the illegal scheme, the Medicare program paid approximately $521,996.83 to Acclaim, Maya and Heartbeat for fraudulent claims.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me. It does not include all of the facts

known to me concerning criminal activity in which I and others engaged. I make this statement knowingly and voluntarily and because I am in fact guilty of the crimes charged.

DATE: 8/22/17

X_____
HECTOR J. GARCIA
Defendant

_____
DANIEL ECARIUS
Attorney for Defendant

_____
YISEL VALDES
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section