UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-CR-20452-UNGARO

UNITED STATES OF AMERICA

v.

HECTOR J. GARCIA,

      **Defendant.**

_____/

## JOINT STIPULATION

The United States, by and through undersigned Trial Attorney, and the Defendant, Hector J. Garcia, by and through undersigned counsel, hereby stipulate and agree that the maximum term of imprisonment for Count One, conspiracy to commit health care and wire fraud, in violation of 18 U.S.C. § 1349, to which the Defendant pleaded guilty on August 22, 2017, is twenty years.

      Respectfully submitted,

      SANDRA MOSER, ACTING CHIEF
      CRIMINAL DIVISION, FRAUD SECTION
      U.S. DEPARTMENT OF JUSTICE

      BENJAMIN G. GREENBERG
      ACTING UNITED STATES ATTORNEY

By:   /s/ Yisel Valdes
      Yisel Valdes
      Florida Special Bar No. A5502330
      Trial Attorney
      United States Department of Justice
      Criminal Division, Fraud Section
      1400 New York Ave., NW

        Washington, DC 20005
        Tel: (202) 330-1822
        Email: yisel.valdes@usdoj.gov

        Respectfully submitted,

        MICHAEL CARUSO
        FEDERAL PUBLIC DEFENDER

By:    /s/ Daniel L. Ecarius
        Daniel L. Ecarius
        Assistant Federal Public Defender
        Florida Bar No. 719765
        150 W. Flagler Street, Suite 1700
        Miami, FL 33130-1556
        Telephone: (305) 533-4174
        Fax: (305) 536-4559
        E-mail: daniel_ecarius@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 16, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

          By:    */s/ Yisel Valdes*
                   Yisel Valdes
                   DOJ Trial Attorney