UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20452-CR-UNGARO

UNITED STATES OF AMERICA,

        Plaintiff,

v.

HECTOR J. GARCIA,

        Defendant.
_____/

## UNITED STATES' NOTICE ON FORFEITURE

The United States of America, by and through the undersigned, Assistant United States Attorney Eloisa D. Fernandez, hereby gives notice pursuant to Federal Rule of Criminal Procedure 32.2 that on October 31, 2017 the Court entered a Forfeiture Money Judgment and Preliminary Order of Forfeiture forfeiting to the United States the following property:

    a. the assets, equity interest in ACR Solutions Miami, Inc., Hector J. Garcia, President.

To date the United States has not identified any specific property subject to forfeiture.

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

By:    */s/ Eloisa D. Fernandez*
        Eloisa Delgado Fernandez
        Assistant United States Attorney
        Florida Bar No. 0999768
        Eloisa.d.fernandez@usdoj.gov
        U.S. Attorney's Office
        99 Northeast Fourth Street, 7th Floor
        Miami, Florida 33132-2111
        Telephone: (305) 961-9025
        Facsimile: (305) 536-4089

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 9, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                              */s/ Eloisa D. Fernandez*
                                              Eloisa Delgado Fernandez
                                              Assistant United States Attorney